**FILED**
CLERK, U.S. DISTRICT COURT

4/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. **5:21-cr-00092 FMO** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 922(g)(1), 922(g)(8), 924(e)(1): Prohibited Person in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| DEVIN JAMES MILLENDER, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), 922(g)(8), 924(e)(1)]

On or about March 22, 2021, in Riverside County, within the Central District of California, defendant DEVIN JAMES MILLENDER knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1.   A Smith & Wesson, model SD9 VE, 9mm caliber pistol, bearing serial number FBK7374;

2.   Twelve rounds of Barnaul 9mm caliber ammunition;

3.   Six rounds of Federal 9mm caliber ammunition;

4.   Eight rounds of Cascade Cartridge Inc. 9mm caliber ammunition;

5. One round of Poongsan Corporation 9mm caliber ammunition;

6. Thirteen rounds of Industrias Technos, S.A. de C.V., 9mm caliber ammunition;

7. Three rounds of Remington 9mm caliber ammunition;

8. Two rounds of Winchester 9mm caliber ammunition;

9. One round of Speer 9mm caliber ammunition;

10. One round of Fiocchi 9mm caliber ammunition; and

11. One round of Sellier & Bellot 9mm caliber ammunition.

Defendant MILLENDER possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Inflict Corporal Injury on a Spouse or Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Riverside, case number RIF1302720, on or about July 31, 2014;

2. Inflict Corporal Injury on a Spouse or Cohabitant with a Prior, in violation of California Penal Code Section 273.5(f)(1), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016;

3. Violation of a Restraining Order, in violation of California Penal Code Section 273.6(d), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016;

4. Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016;

2

5.    Dissuading a Witness, in violation of California Penal Code Section 136.1(b)(1), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016;

6.    Damaging a Telephone or Power Line, in violation of California Penal Code Section 591, in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016;

7.    Assault by Means Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016; and

8.    Inflict Corporal Injury on a Spouse or Cohabitant with a Prior, in violation of California Penal Code Section 273.5(f)(1), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016.

Defendant MILLENDER possessed such firearm and ammunition knowing that he was subject to a court order that restrained him from harassing, stalking, and threatening his intimate partner and the child of such intimate partner and from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner and child, namely, a Domestic Violence Criminal Protective Order issued in the Superior Court of the State of California, County of Riverside, case number RIM2009519, on or about October 2, 2020, after a hearing of which defendant MILLENDER received actual notice and at which defendant MILLENDER had an opportunity to participate.

Such possession occurred after defendant MILLENDER had been convicted of the following violent felonies, as defined in Title 18, United States Code, Section 924(e)(2)(B), at least three of which were committed on occasions different from one another:

1.    Inflict Corporal Injury on a Spouse or Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Riverside, case number RIF1302720, on or about July 31, 2014, committed on or about June 9, 2013;

2.    Inflict Corporal Injury on a Spouse or Cohabitant with a Prior, in violation of California Penal Code Section 273.5(f)(1), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016, committed on or about June 22, 2015;

3.    Assault by Means Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016, committed on or about June 22, 2015; and

4.    Inflict Corporal Injury on a Spouse or Cohabitant with a Prior, in violation of California Penal Code Section 273.5(f)(1), in the Superior Court of the State of California, County of Riverside, case number RIF1502321, on or about May 27, 2016, committed on or about August 13, 2015.

4

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)    All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

i.    A Smith & Wesson, model SD9 VE, 9mm caliber pistol, bearing serial number FBK7374;

ii.    Twelve rounds of Barnaul 9mm caliber ammunition;

iii.    Six rounds of Federal 9mm caliber ammunition;

iv.    Eight rounds of Cascade Cartridge Inc. 9mm caliber ammunition;

v.    One round of Poongsan Corporation 9mm caliber ammunition;

vi.    Thirteen rounds of Industrias Technos, S.A. de C.V., 9mm caliber ammunition;

vii.    Three rounds of Remington 9mm caliber ammunition;

viii.    Two rounds of Winchester 9mm caliber ammunition;

ix.    One round of Speer 9mm caliber ammunition;

x.    One round of Fiocchi 9mm caliber ammunition; and

xi.    One round of Sellier & Bellot 9mm caliber ammunition; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Riverside Branch Office